Rory C. Leisinger, Esq. (SBN: 277476)
Leisinger Law, LLP
118 N. Citrus Ave, Suite B
Covina, CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff Jessica Nieto

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JESSICA NIETO,

    Plaintiff,

vs.

PAYPAL, INC.

    Defendant.

Case No.:

COMPLAINT

Plaintiff, Jessica Nieto, on behalf of herself (hereinafter "Plaintiff"), by and through her undersigned attorney, hereby sues Defendant, Paypal, Inc. (hereinafter "Defendant"), and alleges as follows.

**PRELIMINARY STATEMENT**

1. This is an action for damages arising from Defendant's violations of 47 U.S.C. §227 *et seq.*, the Telephone Consumer Protection Act ("TCPA").

**JURSIDICTION AND VENUE**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331.

3. Venue is proper in this district under 28 U.S.C §1391(b).

## PARTIES

4. Plaintiff is a natural person, who at all relevant times has resided in the City of Compton, California 90222.

5. Defendant is a corporation doing business in the State of California with its principal place of business located at 2211 North First St., San Jose, California 95131.

## FACTUAL STATEMENT

6. On or about December 10, 2015, Plaintiff began receiving automated telephone calls from Defendant to her cellular telephone number continuing through the middle of January 2016.

7. Plaintiff resumed receiving automated telephone calls from Defendant on or about May 26, 2016.

8. On June 3, 2016, Plaintiff spoke with a representative of Defendant and provided her phone number to Defendant and informed Defendant's representative that Defendant was calling a wrong phone number.

9. During the June 3, 2016 phone call, Defendant's representative acknowledged that the calls being made to Plaintiff were coming from an automated system.

10. Plaintiff does not have any account with Defendant and never gave consent for Defendant to call her.

11. In total, Plaintiff received the following number of automated calls from Defendant on the following dates in violation of the TCPA:

    a. 2 calls on 12/11/2015
    b. 1 call on 12/12/2015
    c. 2 calls on 12/14/2015
    d. 2 calls on 12/15/2015
    e. 2 calls on 12/16/2015

    f. 3 calls on 12/17/2015
    g. 1 call on 12/19/2015
    h. 2 calls on 12/21/2015
    i. 2 calls on 12/28/2015
    j. 3 calls on 12/19/2015
    k. 3 calls on 12/30/2015
    l. 3 calls on 12/31/2015
    m. 1 call on 1/4/2016
    n. 1 call on 1/5/2016
    o. 1 call on 1/6/2016
    p. 1 call on 1/7/2016
    q. 2 calls on 1/8/2016
    r. 1 call on 1/9/2016
    s. 1 call on 1/11/2016
    t. 2 calls on 5/26/2016
    u. 2 calls on 5/27/2016
    v. 2 calls on 5/31/2016
    w. 1 call on 6/1/2016

12. The automated telephone calls made to Plaintiff were from the phone numbers 866-380-6583, 888-895-5629, and 888-895-5672 which belongs to Defendant.

13. The automated telephone calls were placed to Plaintiff's cellular telephone number 323-xxx-5404.

14. Defendant used an automated telephone dialing system to call Plaintiff's cellular telephone number for each of the phone call made to Plaintiff.

15. The repeated automated telephone calls to Plaintiff were a nuisance and an invasion of her privacy that caused her to lose the use of her phone during the time it was occupied by Defendant's incoming calls and waste time determining who was calling her and playing back voicemail messages.

**COUNT I**
**VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT**
**47 U.S.C. § 227**

16. Plaintiff repeats the allegations contained in paragraphs 1 through 15 and incorporates them as if specifically set forth at length herein.

17. Defendant never had consent to call Plaintiff's cellular telephone number.

18. Defendant placed automated telephone calls to Plaintiff's cellular telephone number through use of an automated telephone dialing system.

19. Defendant's actions constitute a violation of 47 U.S.C. §227(b)(1)(A)(iii), to which their falls no exemption to their behavior.

## **JURY TRIAL DEMAND**

20. Plaintiff demands a jury trial on all issues so triable.

WHEREFORE, Plaintiff, Jessica Nieto, respectfully requests that this Court do the following for the benefit of Plaintiff:

a. Enter an Order declaring Defendant's actions, as described above, in violation of the TCPA;

b. Enter judgment against Defendant for all violations of 47 U.S.C. § 227b(1)(A)(iii)

c. Enter judgment against Defendant for statutory damages for each violation of 47 U.S.C. § 227b(1)(A)(iii) or treble damages of the Court deems the violations willful; and

d. Grant such other and further relief as may be just and proper.

Dated: September 26, 2016                RESPECTFULLY SUBMITTED,

By: *Rory Leisinger*
Rory Leisinger, Esq.
118 N. Citrus Ave, Suite B
Covina , CA 91723
Tel: 626-290-2868
Rory@leisingerlaw.com
Attorney for Plaintiff Jessica Nieto