Abraham J. Colman (SBN 146933)
acolman@reedsmith.com
Tuan V. Uong (SBN 272447)
tuong@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA NIETO,<br><br>            Plaintiff,<br><br>     vs.<br><br>PAYPAL, INC.,<br><br>            Defendant. | Case No. 2:16-cv-07211 DSF (MRWx)<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Compl. Filed:  September 26, 2016 |

1    Defendant PayPal, Inc. ("Defendant") hereby answers the Complaint of
2  Plaintiff Jessica Nieto as follows:
3        1.    Answering Paragraph 1 of the Complaint, the allegations in this
4  paragraph call for a legal conclusion to which no response is required.
5        2.    Answering Paragraph 2 of the Complaint, the allegations in this
6  paragraph call for a legal conclusion to which no response is required.
7        3.    Answering Paragraph 3 of the Complaint, the allegations in this
8  paragraph call for a legal conclusion to which no response is required.
9        4.    Answering Paragraph 4 of the Complaint, the allegations in this
10 paragraph call for a legal conclusion to which no response is required.  To the extent a
11 response is required, Defendant lacks sufficient knowledge or information at this time
12 to admit or deny the allegations in this paragraph, and on that basis denies this
13 paragraph in its entirety.
14       5.    Answering Paragraph 5 of the Complaint, Defendant admits that it is a
15 corporation doing business in the State of California and its principal executive offices
16 are located at 2211 North First Street, San Jose, California 95131.  Except as
17 expressly admitted herein, Defendant denies the remaining allegations in this
18 paragraph in their entirety.
19       6.    Answering Paragraph 6 of the Complaint, the allegations in this
20 paragraph call for a legal conclusion to which no response is required.  To the extent a
21 response is required, Defendant denies the allegations in this paragraph in their
22 entirety.  As a further response, Defendant denies that it placed any calls to Plaintiff.
23       7.    Answering Paragraph 7 of the Complaint, the allegations in this
24 paragraph call for a legal conclusion to which no response is required.  To the extent a
25 response is required, Defendant denies the allegations in this paragraph in their
26 entirety.  As a further response, Defendant denies that it placed any calls to Plaintiff.
27       8.    Answering Paragraph 8 of the Complaint, Defendant denies this
28 paragraph in its entirety.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -
DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

9. Answering Paragraph 9 of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies this paragraph in its entirety.

10. Answering Paragraph 10 of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph in their entirety.

11. Answering Paragraph 11 and subparts (a) thru (w) of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph in their entirety. As a further response, Defendant denies that it placed any calls to Plaintiff.

12. Answering Paragraph 12 of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information at this time to admit or deny the allegations in this paragraph, and on that basis, denies this paragraph in its entirety.

13. Answering Paragraph 13 of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph in their entirety. As a further response, Defendant denies that it placed any calls to Plaintiff.

14. Answering Paragraph 14 of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph in their entirety. As a further response, Defendant denies that it placed any calls to Plaintiff.

15. Answering Paragraph 15 of the Complaint, the allegations in this paragraph call for a legal conclusion to which no response is required. To the extent a

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1 response is required, Defendant denies the allegations in this paragraph in their
2 entirety.  As a further response, Defendant denies that it placed any calls to Plaintiff.

3     16.    Answering Paragraph 16, Defendant fully incorporates its answers in
4 Paragraphs 1-15, *supra*, herein.

5     17.    Answering Paragraph 17 of the Complaint, the allegations in this
6 paragraph call for a legal conclusion to which no response is required.  To the extent a
7 response is required, Defendant denies the allegations in this paragraph in their
8 entirety.

9     18.    Answering Paragraph 18 of the Complaint, the allegations in this
10 paragraph call for a legal conclusion to which no response is required.  To the extent a
11 response is required, Defendant denies the allegations in this paragraph in their
12 entirety.  As a further response, Defendant denies that it placed any calls to Plaintiff.

13     19.    Answering Paragraph 19 of the Complaint, the allegations in this
14 paragraph call for a legal conclusion to which no response is required.  To the extent a
15 response is required, Defendant denies the allegations in this paragraph in their
16 entirety.

17     20.    Answering Paragraph 20 of the Complaint, there are no specific
18 allegations against Defendant in this Paragraph, and therefore, no answer is required.

## **AFFIRMATIVE DEFENSES**

## **FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Claim)

Plaintiff fails to state a claim against Defendant upon which relief may be granted.

## **SECOND AFFIRMATIVE DEFENSE**

(Lack of Standing)

Plaintiff lacks standing to bring claims against Defendant.

### THIRD AFFIRMATIVE DEFENSE

(Fault of Plaintiff/Others)

If Plaintiff suffered or sustained any loss, injury, damage, or detriment, the same was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, unreasonableness, and/or intentional misconduct or intervening acts of Plaintiff or others, and not by Defendant.

### FOURTH AFFIRMATIVE DEFENSE

(Unclean Hands)

Plaintiff's claims are barred by the doctrine of unclean hands.

### FIFTH AFFIRMATIVE DEFENSE

(Waiver/ Estoppel)

Plaintiff, by reason of her own actions or conduct, is barred from recovery on the grounds that Plaintiff waived her rights and/or is estopped from asserting the claims alleged in the Complaint.

### SIXTH AFFIRMATIVE DEFENSE

(Lack of Causation)

The damages complained of were the result of the intervening actions of others and were not proximately caused by the actions or omissions of Defendant.

### SEVENTH AFFIRMATIVE DEFENSE

(Lack of Intent)

Defendant specifically denies acting with any willfulness, oppression, fraud, or malice towards Plaintiff or others.

### EIGHTH AFFIRMATIVE DEFENSE

(Justification)

Each and every act of Defendant complained of in this Complaint was justified, proper, legal, fair, and not done in degradation of Plaintiff's rights or legal interests.

### NINTH AFFIRMATIVE DEFENSE

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

(Good Faith Conduct)

Defendant at all times acted in good faith and in accordance with reasonable commercial standards, thus precluding any recovery by Plaintiff against Defendant.

## TENTH AFFIRMATIVE DEFENSE

(Bona Fide Error)

Although Defendant denies any liability in this matter, Defendant contends that any alleged acts or omissions of Defendant giving rise to Plaintiff's claims are the result of innocent mistake and/or bona fide error despite reasonable procedures implemented by Defendant. Defendant acted in a reasonable manner in connection with the subject matter at issue in this action.

## ELEVENTH AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

Plaintiff failed to take proper and reasonable steps to avoid, minimize, or mitigate her alleged damages and, to the extent of such failure, the damages allegedly incurred by Plaintiff, if any, should be reduced accordingly or eliminated entirely.

## TWELFTH AFFIRMATIVE DEFENSE

(Set-off)

Defendant is entitled to a set-off of any recovery Plaintiff may obtain in this matter, the amount of which may exceed any recovery Plaintiff might obtain from Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Laches)

Plaintiff's claims are barred in whole or in part by the doctrine of laches.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Compliance with the Law)

Plaintiff's claims may be barred because the acts or omissions of which Plaintiff complains have been approved and/or mandated, implicitly or expressly, by applicable statutes and regulations.

## FIFTEENTH AFFIRMATIVE DEFENSE

(In Pari Delicto)

Plaintiff's claims are barred because Plaintiff is equally or more responsible than Defendant for any harm Plaintiff alleges she has suffered.

## OTHER DEFENSES

Defendant has insufficient knowledge or information upon which to form a belief as to whether it may have additional, as yet unstated, defenses available. Defendant expressly reserves the right to assert additional defenses in the event that further investigation or discovery indicates that such defenses are appropriate. Defendant further expressly reserves the right to amend its responses set forth in this Answer consistent with facts ascertained through further investigation or discovery.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by reason of her Complaint on file herein;
2. For costs of suit incurred herein; and
3. For such other and further relief as the Court may deem just and proper.

DATED: October 27, 2016

REED SMITH LLP

By:  /s/ Tuan V. Uong
Tuan V. Uong
Attorney for Defendant PayPal, Inc.