UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSICA NIETO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:16-cv-07211-DSF-MRW |
| | ) | |
| vs. | ) | |
| | ) | |
| PAYPAL, INC. | ) | STIPULATION OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COMES NOW Plaintiff JESSICA NIETO, by and through her attorney of record, Rory C. Leisinger, and Defendant PAYPAL, INC., by and through their attorney of record, Tuan V. Uong hereby notify the Court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), both Plaintiff and Defendant jointly request this Court dismiss the action with prejudice, both parties to bear own costs.

Date: December 12, 2016

s/ Rory C. Leisinger_____          s/ Tuan V. Uong_____
Rory C. Leisinger, Esq. (SBN: 277476)          Tuan V. Uong (SBN: 272447)
Leisinger Law, LLP                                        Reed Smith LLP
118 N. Citrus Ave, Suite B                            355 South Grand Avenue, Suite 2900
Covina, CA 91723                                         Los Angeles, CA 90071
Telephone: 626-290-2868                             Telephone: 213-457-8000
Email: rory@leisingerlaw.com                      Facsimile: 213-457-8080
*Attorney for Plaintiff*                                   Email: tuong@reedsmith.com
*Jessica Nieto*                                             *Attorney for Defendant*
                                                                   *Paypal, Inc.*